January 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ASHISH AND APARNA KAMAT, Appellants/Cross-Appellees

NOs. 14-11-00661-CV  & 14-11-00662-CV                                V.

ASHMITA UNNI PRAKASH, Appellee/Cross-Appellant

_____

This cause, an appeal from the judgment signed May 3, 2011 in favor of appellee/cross-appellant, Ashmita Unni Prakash, was heard on the transcript of the record.  We have inspected the record and find no error in the judgment.  We order the judgment of the court below **AFFIRMED**.

We order appellants/cross-appellees, Ashish and Aparna Kamat, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.